UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Honorable Patty Shwartz**   U.S. Post Office & Courthouse Bldg.
**United States Magistrate Judge**   Federal Square, Newark, NJ  07101
(973) 645-6596

July 13, 2007

TO ALL COUNSEL OF RECORD

RE:   NOVARTIS, et al. v. ROXANNE LABORATORIES, INC.
**Civil Action No. 06-4125(FSH)**
**NOVARTIS, et al. v. TARO, et al.**
**Civil Action No. 06-4178(FSH)**
**NOVARTIS, et al. v. BRECKENRIDGE**
**Civil Action No. 06-4199(FSH)**
**NOVARTIS, et al. v. TEVA, et al.**
**Civil Action No. 06-4200(FSH)**

## LETTER ORDER

Dear Counsel:

The telephone conference scheduled for July 17, 2007 has been rescheduled for **July 20, 2007 at 1:00 p.m.**  Plaintiff shall initiate the telephone call.  Kindly mark your calendars accordingly.

**SO ORDERED.**

s/Patty Shwartz
**United States Magistrate Judge**