UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, et al.<br><br>Plaintiff,<br>v.<br>ROXANNE LABORATORIES, INC.<br><br>Defendant. | Civil Action No. 06-4125(FSH) |
| NOVARTIS PHARMACEUTICALS CORPORATION, et al.<br><br>Plaintiff<br>v.<br>TARO PHARMACEUTICALS, et al.<br><br>Defendant | Civil Action No. 06-4178(FSH) |
| NOVARTIS PHARMACEUTICALS CORPORATION, et al.<br><br>Plaintiff<br>v.<br>BRECKENRIDGE PHARMACEUTICAL, INC.<br><br>Defendant | Civil Action No. 06-4199(FSH) |

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, et al. : : : Plaintiff : : v. : : TEVA PHARMACEUTICALS USA, INC. : : Defendant : : | Civil Action No. 06-4200(FSH) |

### ORDER ON INFORMAL APPLICATION

This matter having come before the Court by way of letter dated July 12, 2007, regarding the request to extend the deadline to file a consent order or motion for leave to file amended pleadings or join parties so that the defendants can confer with the plaintiffs about whether or not they would oppose the filing of an Amended Answer; and it appearing that this extension will have no impact on other deadlines; and for good cause shown;

IT IS ON THIS 12th day of July, 2007

ORDERED that the request to extend the deadline to submit a consent order or motion to amend pleadings or join parties is granted and said consent order or motion must be filed by **July 20, 2007.** If a motion is filed, then the response shall be submitted no later than **July 30, 2007.** No replies or oral argument unless requested by the Court**;**

IT IS FURTHER ORDERED that all other terms of the Orders dated January 5, 2007 and May 16, 2007 shall remain in full force.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE