IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CLOSED

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORP., NOVARTIS CORP., and NOVARTIS AG,<br><br>                Plaintiffs,<br><br>v.<br><br>BRECKENRIDGE PHARMACEUTICAL, INC.<br><br>                Defendant. | Civil Action No: 2:06-cv-04199 (FSH) |

### STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, the Plaintiffs, Novartis Pharmaceuticals Corporation, Novartis Corporation and Novartis AG, and Defendant Breckenridge Pharmaceutical, Inc. hereby stipulate and agree that the above actions, including all claims, counterclaims and affirmative defenses, are dismissed without prejudice. Each party is to bear its own costs and attorney fees.

SO STIPULATED:

Dated: January 10, 2008

By: /s/ William J. O'Shaughnessy /MA
William O'Shaughnessy
Andrew T. Berry
Nicole Corona
McCARTER & ENGLISH
Four Gateway Center
100 Mulberry St.
Newark, New Jersey 07102-0652
Phone: (973) 622-4444
Facsimile: (973) 624-7070

By: /s/ Christopher Dalton /MA
Christopher Dalton, Esq.
BUCHANAN INGERSOLL & ROONEY PC
Suite 810
550 Broad Street
Newark, NJ 07102-4582
Phone: (973) 424-5614
Facsimile: (973) 273-9430

| | |
|---|---|
| Of Counsel | Charles R. Bruton, Esq. |
| | Teresa Stanek Rea, Esq. |
| Henry J. Renk | Suite 500 |
| Nicholas N. Kallas | 1737 King Street |
| Tara A. Byrne | Alexandria, VA 22314-2727 |
| FITZPATRICK, CELLA, HARPER & SCINTO | Phone: (703) 838-6682 |
| 30 Rockefeller Plaza | Facsimile: (703) 836-2021 |
| New York, New York 10112-3801 | |
| Telephone: 212-218-2250 | C. Randolph Ross, Esq. |
| Facsimile: 212-218-2200 | 1835 Market Street, 14th Floor |
| | Philadelphia, PA 19103-2985 |
| *Attorneys for Plaintiffs* | Phone: (215) 665-3955 |
| *Novartis Pharmaceuticals Corporation,* | Facsimile: (215) 665-8760 |
| *Novartis Corporation and* | |
| *Novartis AG* | *Attorneys for Defendant* |
| | *Breckenridge Pharmaceutical, Inc.* |

1/11/08
So ordered:

_____
Hon. Faith S. Hochberg, U.S.D.J.

FCHS_WS Stipulation of Dismissal of Breckenridge (1.10.08).DOC

2